# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130672(59)

CZYMBOR'S TIMBER, INC., and
MICHAEL CZYMBOR,
        Plaintiffs-Appellants,

v

CITY OF SAGINAW,
        Defendant-Appellee,
and

SAGINAW CITY COUNCIL and DEBORAH
KIMBLE,
        Defendants.
_____

SC: 130672
COA: 263505
Saginaw CC: 03-050339-CH

        On order of the Chief Justice the motion by the Public Corporation Law Section of the State Bar of Michigan for leave to join the brief amicus curiae of the Michigan Municipal League is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

Clerk